IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD GARY JERNIGAN,

      Appellant,

v.

JAMIE JERNIGAN,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4054

Opinion filed February 10, 2015.

An appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

Richard Gary Jernigan, pro se, Appellant.

No appearance for Appellee.


PER CURIAM.

      AFFIRMED.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.